Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW P. ROOT, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR06-464L <br><br> ORDER DISMISSING <br> WITH PREJUDICE COUNT TWO OF <br> INDICTMENT |

THIS MATTER, having come before the Court on the motion of the Government to Dismiss with Prejudice Count Two of the Indictment, and the Court, having considered the motion and the entirety of the records and files herein, the Court finds and rules as follows:

1. Based on the facts set forth in the Government's motion,

THEREFORE, THE COURT FINDS THAT:

1. Count Two of the Indictment in this matter should be dismissed with prejudice.

THEREFORE, THE COURT ORDERS THAT:

1. Count Two of the Indictment is Dismissed With Prejudice.

IT IS SO ORDERED.

//

//

ORDER DISMISSING COUNT TWO OF INDICTMENT/
Andrew P. Root
CR06-241RSL-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  The clerk of the Court is instructed to send uncertified copies of this Order to all
2  counsel of record.
3  DATED this 19th day of January, 2007.

                                                  Robert S. Lasnik
                                                  United States District Judge

9  Presented by:

12  s/Adam W. Cornell
    ADAM W. CORNELL
13  Special Assistant United States Attorney

ORDER DISMISSING COUNT TWO OF INDICTMENT/
Andrew P. Root
CR06-241RSL–2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970